**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ALFRED ATSUS,

Plaintiff,

v.

THE ATLANTIC MONTHLY GROUP, LLC, JEFFREY GOLDBERG, and ARIEL SABAR,

Defendants.

No. 3:26-cv-00051-JKM

(Judge Julia K. Munley
United States District Judge)

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.36, Defendants The Atlantic Monthly Group, LLC, Jeffrey Goldberg, and Ariel Sabar provide this Notice of Supplemental Authority regarding their Motion to Dismiss, Dkt. No. 11.

In *Lento Law Group PC v. Estrada*, 2026 WL 2100471, at *1 (E.D. Pa. July 21, 2026), United States District Court Judge Mia Roberts Perez held that the immunity and fee-shifting provisions of Pennsylvania's Uniform Public Expression Protection Act apply in federal court on a Rule 12(b)(6) motion to dismiss. The opinion is attached as **Exhibit A**.

Dated: September 15, 2026

*/s/ Geoffrey S. Brounell*

Geoffrey S. Brounell
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
(212) 603-6404
geoffreybrounell@dwt.com

Laura R. Handman (*pro hac vice*)
Alison Schary (*pro hac vice*)
Azeezat Adeleke (*pro hac vice*)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
(202) 973-4200
laurahandman@dwt.com
alisonschary@dwt.com
azeezatadeleke@dwt.com

*Attorneys for Defendants*